IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL | |
| | ) | BEFORE: David T. Schultz | |
| Plaintiff, | ) | U.S. District Judge | |
| | ) | | |
| v. | ) | Case No: | 22-cr-226 NEB/TNL |
| | ) | Date: | September 20, 2022 |
| Sharmarke Issa (4), | ) | Courthouse: | Minneapolis |
| | ) | Courtroom: | 9E |
| Defendant, | ) | Time Commenced: | 5:30 p.m. |
| | ) | Time Concluded: | 5:35 p.m. |
| | | Time in Court: | 5 minutes |

APPEARANCES:

Plaintiff: Matthew Ebert and Joe Thompson, Assistant U.S. Attorney
Defendant: James Becker, Assistant Federal Public Defender
        X FPD     X To be appointed(provisionally)

Date Charges Filed: 9/13/2022    Offense: wire fraud; conspiracy to commit money laundering; money laundering

X Advised of Rights

on  X Indictment

**X Personal Recognizance Bond with conditions, see Order Setting Conditions of Release.**

Next appearance date is TBD for:
  X Arraignment hrg

Additional Information:
X Oral Rule5(f) Brady notice read on the record

                                  s/ JAM
                              Signature of Courtroom Deputy