# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America<br><br>　　　　Plaintiff,<br><br>v.<br><br>Sharmarke Issa,<br><br>　　　　Defendant | Case No.: 22-CR-226 (NEB/TNL)<br><br>**MOTION TO MODIFY TERMS OF RELEASE AND FOR PERMISSION TO OBTAIN PASSPORT AND TRAVEL INTERNATIONALLY** |

　　The Defendant, Sharmarke Issa, hereby moves for modification of the terms and conditions of release to allow an application for a valid passport and for permission to travel internationally. Attornies for the United States of America and the Probation Office have been apprised of this Motion. The Attorney for the United States has deferred to the Probation Office. The Probation Officer has advised that he takes no position and defers to the Court.

Respectfully Submitted,

Dated: September 25, 2023.

By: /s/ *Thomas E. Brever*

　　Thomas E. Brever (MN ID 11356)
　　Attorney for Sharmarke Issa
　　Foster & Brever, PLLC
　　2633 Innsbruck Dr. No., Ste A
　　New Brighton, MN 55112
　　Phone: (612) 436-3291
　　Email: tbrever@fosterbrever.com