UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>Sharmarke Issa (4),<br><br>        Defendant. | Criminal No. 22-226 (4) (NEB/TNL)<br><br>**ORDER** |

Before the Court is Defendant's Motion to Modify Conditions of Release (ECF No. 187). The Court has reviewed the request, received the responses of the United States Attorney and U.S. Probation and Pretrial Services Office, and finds that the conditions of release should not be modified. No condition or combination of conditions would reasonably address the reappearance of defendant with overseas travel in the circumstances of this case.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED:**

1. Defendant's Motion to Modify Conditions of Release (ECF No. 187) is **DENIED.**

2. All prior orders remain in full force and effect.

Dated:  September 26, 2023         *s/Tony N. Leung*
                                                                TONY N. LEUNG
                                                                United States Magistrate Judge